IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TAVARES MIDDLEBROOKS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CRIMINAL NO. 5:07-CR-18(MTT) |

## ORDER

Before the Court is Magistrate Judge Charles H. Weigle's Recommendation (Doc. 151) on the Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 129). The Magistrate Judge recommends denying the Motion "because [the] Petitioner has failed to show he was prejudiced by counsel's performance and because [the] Petitioner has failed to show that the Government breached the plea agreement." (Doc. 151 at 1). The Magistrate Judge further recommends denying a certificate of appealability. (Doc. 151 at 18).

The Petitioner has not objected to the Recommendation. Pursuant to 28 U.S.C. § 636, the Court has thoroughly considered the Recommendation. The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, the Petitioner's § 2255 Motion is **DENIED**, and a Certificate of Appealability is **DENIED**.

**SO ORDERED**, this 16th day of January, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT